STATE OF NEW JERSEY v. THOMAS BRADLEY.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EMORY JOHNSON.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LEVENSON.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE WILSON.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS PIGNATORE.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. STEWART THOMAS.

January 14, 1975. Petition for certification denied.